IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

BRUCE BROCK,

      Appellant,

v.

JENNIFER MCWHORTER ON
BEHALF OF PAXTON BROCK,
A MINOR,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-1071

Opinion filed February 12, 2015.

An appeal from the Circuit Court for Leon County.
Karen A. Gievers, Judge.

Joshua D. Zelman, of Zelman Heath, P.A., Tallahassee, for Appellant.

Wendy S. Loquasto, of Fox & Loquasto, P. A., Tallahassee, and Monique Renee
Richardson, of Legal Services of North Florida, Inc., Tallahassee, for Appellee.

PER CURIAM.

      AFFIRMED.

PADOVANO, WETHERELL, and BILBREY, JJ., CONCUR.